THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
            *v.* MICHAEL J. ENRIGHT, Appellant.

*Crimes — manslaughter in first degree — judgment of conviction affirmed.*

People v. *Enright,* 221 App. Div. 26, affirmed.

(Argued June 12, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 7, 1927, which affirmed a judgment of the Steuben County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the first degree.

*Herbert A. Heminway* and *Thomas F. Rogers* for appellant.

*Guy W. Cheney, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.